# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PETER SCHATZBERG, DC AND
PHILADELPHIA PAIN MANAGEMENT,

　　　　　　Petitioners

v.

WORKERS' COMPENSATION APPEAL
BOARD (BEMIS COMPANY, INC.),

　　　　　　Respondent

:　No. 147 EAL 2016
:
:
:　Petition for Allowance of Appeal from
:　the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

　　**AND NOW**, this 11th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.